UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERI/INTEGRAL HOLDINGS LLC,

Plaintiff

vs.

INTEGRAL FUND I INVESTOR, LLC, IIF1 GP, LLC, INTEGRAL DEVELOPMENT LLC, ELJP REAL ESTATE, LLC, and EGBERT L.J. PERRY,

Defendants

1:21-cv-10379-NMG

**PLAINTIFFS' ASSENTED-TO MOTION TO REMAND TO STATE COURT**

Pursuant to 28 U.S.C. § 1447 (c), plaintiff moves to remand this action to Suffolk Superior Court. As grounds for this motion, plaintiff states that, after counsel have conferred, the parties have determined that diversity of citizenship is lacking, and thus there is no basis for federal jurisdiction.

ERI/INTEGRAL HOLDINGS LLC
By its attorneys,

*/s/ Kenneth R. Berman*
Kenneth R. Berman (BBO 040320)
Micah W. Miller (BBO 676189)
Nutter McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA 022110
617-439-2000

Date: March 18, 2021

Defendants assent to the allowance of this motion:

*/s/ Randall Weeks*
Partridge Snow & Hahn LLP
128 Union Street, Suite 500
New Bedford, MA 02740
(774) 206-8200

Motion allowed. Gorton, USDJ 03/26/21