UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERI/Integral Holdings, LLC
Plaintiff

v.

Integral Fund I Investor, LLC et al
Defendant

Civil Action No. 21-cv-10379-NMG

**ORDER FOR REMAND**

Gorton, DJ

In accordance with this Court's Order remanding this matter to the Suffolk Superior Court, it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Suffolk Superior Court for further proceedings.

BY THE COURT,

/s/ Leonardo T. Vieira

Deputy Clerk

DATED: March 29th, 2020